

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-15-2003

# USA v. Enigwe

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-3343

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Enigwe" (2003). *2003 Decisions.* Paper 369.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/369

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-3343

UNITED STATES OF AMERICA

v.

IFEDOO NOBLE ENIGWE
a/k/a
"DAMIEN"

Ifeddo Noble Enigwe,

Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 92-cr-00257-1)
District Judge: Honorable Jan E. DuBois

Submitted Under Third Circuit LAR 34.1(a)
June 30, 2003

Before: SLOVITER, AMBRO and BECKER, Circuit Judges

(Opinion filed: July 15, 2003)

OPINION

AMBRO, Circuit Judge

In 1992, Ifedoo Noble Enigwe was convicted on four counts relating to heroin trafficking.

He was subsequently sentenced, inter alia, to 235 months imprisonment and 5 years supervised

release.  After the Supreme Court decided <u>Apprendi v. New Jersey</u>, 530 U.S. 46 (2000), Enigwe filed a <u>habeas corpus</u> petition under 28 U.S.C. § 2255.  On June 21, 2001, the District Court denied Enigwe's petition, concluding that <u>Apprendi</u> does not apply retroactively to cases on collateral review.  After our Court decided <u>United States v. Vasquez</u>, 271 F.3d 93 (3d Cir. 2001), and <u>United States v. Barbosa</u>, 271 F.3d 438 (3d Cir. 2001), Enigwe filed a motion for reconsideration.  On July 30, 2002, the District Court denied Enigwe's motion but granted him a certificate of appealability on the issue whether "his trial and/or sentence violated the rule of <u>Apprendi v. New Jersey</u>, 530 U.S. 46 (2000)."

The issue raised in this appeal is whether <u>Apprendi</u> applies retroactively to cases on collateral review.  Two very recent decisions have concluded that <u>Apprendi</u> does not so apply. <u>United States v. Swinton</u>, 2003 WL 21436809 (3d Cir. June 23, 2003); <u>see also</u> <u>United States v. Jenkins</u>, 2003 WL 21398812 (3d Cir. June 18, 2003).  Following these opinions (as we must absent <u>en banc</u> reversal), we affirm the order of the District Court denying Enigwe's motion.

_____

TO THE CLERK:

    Please file the foregoing Opinion.


                           By the Court,


                          /s/Thomas L. Ambro_____
                         Circuit Judge